| | |
|---|---|
| 1 | KAREN P. HEWITT |
|   | United States Attorney |
| 2 | MARY C. LUNDBERG |
|   | Assistant U. S. Attorney |
| 3 | California State Bar No. 120630 |
|   | Office of U.S. Attorney |
| 4 | Federal Office Building |
|   | 880 Front Street, Room 6293 |
| 5 | San Diego, California 92101-8893 |
|   | Telephone: (619) 557-6759 |

FILED
2008 APR 16 PM 1:10
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ____YNH____ DEPUTY

Attorneys for Plaintiff
United States of America

ORIGINAL

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,        )    Civil No. 08 CV 0692
                                 )
                   Plaintiff,    )
                                 )
         v.                      )    JUDGMENT
                                 )
TARA LEE LOYA,                   )
                                 )
                   Defendant.    )
_____)

In accordance with the Statement and Confession of Judgment signed by the defendant and filed concurrently,

IT IS ORDERED that the plaintiff recover from the defendant the sum of $5,993.12.

Judgment is to accrue interest at the current legal rate compounded annually until paid in full, pursuant to the provisions of 28 U.S.C. 1961(b).

DATED: 4/16/2008

W. SAMUEL HAMRICK, JR.
Clerk, U. S. District Court

By _____
Deputy