FILED
08 MAY 13 AM 10:06
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Civil No. 08CV0692 |
| Plaintiff, | |
| v. | P R A E C I P E |
| TARA LEE LOYA, | |
| Defendant. | |

TO THE CLERK:

Please issue an Abstract of Judgment.

Sonia Herrera
Legal Assistant
Ext. 557-6352

Date issued: